UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 8:23-cr-00132-FWS                                    Date: 10/23/2023

Present: The Honorable: Steve Kim

Interpreter Young Park                          Language  Korean

| Connie Chung | CS 10/23/2023 | Joseph L. De Leon |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)   ✓ Present   In Custody          Attorneys for Defendants:   ✓ Present   DFPD

Abraham Park                                                  Hettle, Nadine C

**Proceedings:** Arraignment of Defendant and/or   ✓ Assignment of Case   Appointment of Counsel

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Young Park; Language: Korean

* Defendant states true name is the name on the charging document.

* Defendant is arraigned under name on charging document.

* Defendant acknowledges having read charging document and discussed it with counsel.

* Defendant pleads "not guilty" to all counts of the charging document.

* This case is assigned to Judge Fred W. Slaughter.

* It is ordered that the following date(s) and time(s) are set: Jury Trial: 12/19/2023 8:30 AM; Status Conference: 12/7/2023 1:30 PM; Pre-Trial Conference: 12/7/2023 1:30 PM

* Government counsel provides trial estimate of 3-4 days.

* The parties are referred to Judge Slaughter's Procedures and Schedules page located on the Court's website at www.cacd.uscourts.gov.

Judge Slaughter is located in 10D, Santa Ana - Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, CA 92701-4516.

cc:   PSALA        PSAED        PSASA
   ✓ USMLA         USMED        USMSA
   Statistics Clerk            ✓ Interpreter
   CJA Supervising Attorney    Fiscal

Appointment of Counsel:         :
Arraignment: 00  : 03
Initials of Deputy Clerk: CC by ER