```
 1  LORINDA I. LARYEA
    Acting Chief, Fraud Section
 2  Criminal Division, U.S. Department of Justice
    BRANDON BURKART
 3  Trial Attorney, U.S. Department of Justice
    Criminal Division, Fraud Section
 4      1400 New York Avenue NW, 3rd Floor
        Washington, DC 20530
 5      Telephone: (202) 341-6287
        Email:    brandon.burkart@usdoj.gov
 6  ANDREW JACO
    Trial Attorney, U.S. Department of Justice
 7  Criminal Division, Fraud Section
        1400 New York Avenue NW, 3rd Floor
 8      Washington, DC 20530
        Telephone: (202) 740-0953
 9      Email:    andrew.j.jaco@usdoj.gov

10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
AUG 4, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___mp___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:23-CR-00132 |
|---|---|
| Plaintiff, | Revised Declaration of Special Agent Christina Clyburn |
| v. | |
| ABRAHAM PARK, | |
| Defendant. | |

I, Special Agent CHRISTINA CLYBURN, submit this revised declaration under penalty of perjury pursuant to 28 U.S.C. § 1746. The declaration revises the declaration previously submitted to the Court on July 23, 2025. I declare as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and I have been employed with the FBI since March 2019. I am currently assigned to the Los Angeles Office, Orange County Resident Agency. Since joining the FBI, I have received extensive training in the investigation of federal

crimes, including fraud and money laundering. Prior to becoming a Special Agent with the FBI, I was a Senior Investigator with the City of New York Department of Investigation ("DOI"). During my tenure with DOI, I investigated state level criminal offenses related to governmental fraud, waste, and corruption.

2. I was involved in the investigation and prosecution of Abraham Park, and the defendants in the related cases. As part of the investigation, I interviewed witnesses and reviewed and analyzed financial records, internet provider records, records from the United States Small Business Administration ("SBA"), the United States Internal Revenue Service ("IRS"), the California Franchise Tax Board ("FTB"), the Employment Development Department of California ("EDD"), and other records related to Park's involvement in the scheme to defraud the SBA's Economic Injury Disaster Loan program ("EIDL").

3. After reviewing and analyzing those records, reviewing the other investigative files, and conferring with defense counsel and other agents investigating the case, I prepared the summary charts attached to this declaration at Exhibit A and Exhibit B, which detail the fraudulent EIDL applications that were submitted to the SBA as part of Park's scheme. The purpose of this analysis was, among other things, to determine the actual and intended losses from the fraudulent applications.

4. Regarding EIDL loans, the loan amount was based on the gross revenues and cost of goods sold for the 12 months prior to

the declaration of the disaster. For all the loans relevant for this case, the basic loan entitlement was to cover six months of gross profit, which was calculated by subtracting the cost of goods sold from the gross revenues for the 12 months prior to January 31, 2020. Gross revenues and cost of goods sold were required fields on the EIDL loan application. So, for example, if the gross revenue was reported on the application as being $100,000, and the cost of goods sold was reported as being $50,000, the gross profit would be $50,000. The loan amount, therefore, would have been $25,000 ($50,000 divided by two, to cover only six months).

5. Exhibit A lists the fraudulent applications that were funded by the SBA as part of the charged scheme. The information in the columns titled "Application Date", "Application Number", "Applicant Name", "Business Name", and "Amount of the Proceeds" came from SBA records that I reviewed.

6. Exhibit B lists the fraudulent applications that were not funded by the SBA even though they were submitted as part of the scheme. The information in the columns titled "Application Date", "Applicant Name", and "Business Name" came from SBA records that I reviewed. Additionally, using the information contained on the application, and the formulas listed in paragraph 4 above, I calculated the maximum loan amount that would have been funded had the loans been approved.

7. For all of the applications listed in Exhibits A and B, the evidence obtained as part of the investigation indicates that the applications were fraudulent because either: (1) the

3

company listed as the applicant did not have any tax filings for the relevant period, including to the IRS, FTB, and EDD, which indicates that the company did not exist; (2) witnesses confirmed that the application was fraudulent; or (3) the application was submitted in the name of the defendant and/or one of his family members as part of the scheme.

8. Each of these fraudulent applications is also connected to the defendant. The last column in each Exhibit, titled "Connection to Park", details the evidence connecting the application to the defendant's scheme, including one or more of the following as to each loan:

   a. During plea negotiations, the defendant did not contest that he had knowledge of or was deliberately ignorant to the application at issue, as shown in Exhibit C.

   b. As part of the investigation we interviewed several of the applicants who informed us that the defendant or others in the scheme were involved in processing their applications.

   c. When available, the SBA collects the IP address from where an application was submitted. I reviewed IP address records from internet service providers and compared those with the available IP address information from the fraudulent applications, and several of the applications were submitted from the IP address associated with the defendant's business address. This indicates that the defendant was involved in submitting the fraudulent application.

      d. I included all applications that were submitted in the name of the defendant's relatives, including his wife, his daughters, and his sons-in-law.

      e. The SBA records contain the address information that was included for each individual entity applicant. I compared those records with the defendant's business address, and when those addresses matched, I included those applications. If the addresses matched that indicated that the defendant was involved in the application.

      f. I included all applications submitted in the name of the defendant and co-defendants since they have pleaded guilty to committing fraud related to the scheme, including to falsifying information on applications for fake companies and otherwise legitimate businesses.

9. Furthermore, for each of the applications connected to Park only by "IP address" or "Same Adress," the applicant entity did not have tax filings with the IRS, FTB, and EDD, which indicates that the companies did not exist.

10. Exhibits A and B also include the total value of the funded and unfunded applications, respectively. The total amount paid out by the SBA on the fraudulent applications listed in Exhibit A was approximately $6,993,700. The total amount that could have been paid out on the fraudulent applications that were ultimately not funded, as listed in Exhibit B, was approximately $5,469,946. Adding these two amounts together, the total actual and intended loss was approximately $12,463,646.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 31, 2025.

Christina Clyburn
Special Agent, FBI

6

# EXHIBIT A

**EXHIBIT A - FUNDED EIDL APPLICATIONS CONNECTED TO PARK**

| Application Date | Application Number | Applicant Name | Business Name | Amount of the Proceeds | Connection to PARK |
|---|---|---|---|---|---|
| 4/1/2020 | 3600379307 | CARINA HWANG | 4CROSS INC | $4,000.00 | Witness Statement |
| 4/2/2020 | 3600601421 | | | $1,000.00 | Witness Statement |
| 4/7/2020 | 3600994090 | KI LEE | AMELEE TRADING INC | $124,900.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/16/2020 | 3304795293 | | | $158,000.00 | IP Address |
| 6/23/2020 | 3306107345 | JAY LEE | AMETRUSR USA CORP | $160,000.00 | IP Address/Witness Statement |
| 6/16/2020 | 3304764530 | | | $85,000.00 | IP Address/Relative of Defendant/Defendant does not contest knowledge of or deliberate ignorance to application |
| 4/1/2020 | 3600385052 | CARINA HWANG | BEST MOTION INC | $110,000.00 | Witness Statement |
| 6/17/2020 | 3305094702 | | | $133,500.00 | IP Address |
| 6/23/2020 | 3306023099 | | | $10,000.00 | IP Address |
| 8/4/2020 | 3312655995 | | | $83,200.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 7/13/2020 | 3310477759 | CARINA HWANG | CONCEPT MORE INC | $53,500.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/23/2020 | 3306044566 | CARINA S HWANG | CORNER STAGE INC | $122,000.00 | IP Address/Defendant does not contest knowledge of or deliberate ignorance to application |
| 8/19/2020 | 3313790904 | | | $71,700.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ▓▓▓ and Abraham Park's business associations)/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/30/2020 | 3307709673 | | | $159,000.00 | Same Address |
| 6/25/2020 | 3306623812 | | | $86,500.00 | IP Address |
| 6/25/2020 | 3306626868 | | | $116,500.00 | IP Address |
| 6/18/2020 | 3305262497 | | | $160,000.00 | IP Address/Defendant does not contest knowledge of or deliberate ignorance to application |
| 8/12/2020 | 3313446190 | CARINA HWANG | GLOBAL NEED INC | $76,100.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 3/31/2020 | 3600219073 | ABRAHAM PARK | GLOVISION FINANCIAL CORP | $4,000.00 | Defendant/Referenced In Plea Agreement |
| 6/24/2020 | 3306394654 | ABRAHAM PARK | GLOVISION USA INC | $160,000.00 | Defendant |
| 6/17/2020 | 3305087284 | | | $160,000.00 | IP Address |
| 9/29/2020 | 3314769942 | | | $150,000.00 | Relative of Defendant/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/26/2020 | 3306795896 | | | $79,000.00 | IP Address |
| 6/16/2020 | 3304862789 | | | $129,900.00 | IP Address |
| 3/30/2020 | 3600060809 | | | $120,000.00 | Relative of Defendant/Same Address/Defendant does not contest knowledge of or deliberate ignorance to application |
| 8/12/2020 | 3313430964 | ABRAHAM PARK | JAMUSA TRADING INC | $97,400.00 | Defendant/Referenced In Plea Agreement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/16/2020 | 3304800172 | | | $115,600.00 | IP Address/Relative of Defendant/Defendant does not contest knowledge of or deliberate ignorance to application |
| 4/1/2020 | 3600405739 | KI HWAN KIM | K.H BIO TRADING INC | $5,000.00 | Witness Statement |
| 4/10/2020 | 3601157206 | | | $150,000.00 | Same Address/Relative of Defendant/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/26/2020 | 3306857039 | | | $103,600.00 | IP Address |
| 6/16/2020 | 3304840201 | | | $145,500.00 | IP Address |
| 6/16/2020 | 3304860338 | | | $155,000.00 | IP Address |
| 6/17/2020 | 3305096515 | | | $160,000.00 | IP Address |
| 6/20/2020 | 3305627893 | | | $155,000.00 | IP Address |
| 6/24/2020 | 3306323842 | | | $160,000.00 | IP Address |
| 6/22/2020 | 3305865211 | | | $160,000.00 | IP Address |
| 7/20/2020 | 3311430295 | CARINA HWANG | MONO CONTROL INC | $96,900.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/18/2020 | 3305263825 | | | $96,000.00 | IP Address/Defendant does not contest knowledge of or deliberate ignorance to application |
| 4/2/2020 | 3600501886 | ABRAHAM PARK | NEW SPIRIT MOVEMENT | $6,000.00 | Defendant/Referenced In Plea Agreement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/25/2020 | 3306622022 | | | $119,000.00 | IP Address/Defendant does not contest knowledge of or deliberate ignorance to application |
| 8/5/2020 | 3312758042 | KI HWAN KIM | NOWKIM INC | $72,200.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 8/12/2020 | 3313445144 | CARINA HWANG | PLAN ALL INC | $35,200.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/30/2020 | 3307664041 | CARINA HWANG | PLAZA SPACE INC | $59,600.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/23/2020 | 3306015740 | KI HWAN KIM | POLISTAR INC | $96,000.00 | IP Address/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/16/2020 | 3304838304 | | | $100,000.00 | IP Address |
| 6/22/2020 | 3305861545 | | | $160,000.00 | IP Address/Relative of Defendant/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/22/2020 | 3305863898 | | | $160,000.00 | IP Address |

| Application Date | Application Number | Applicant Name | Business Name | Amount of the Proceeds | Connection to PARK |
|---|---|---|---|---|---|
| 6/30/2020 | 3307583232 | JAY LEE | RED JAY INC | $115,000.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/16/2020 | 3304777969 | ███ | ███ | $87,500.00 | IP Address |
| 3/30/2020 | 3600037519 | ███ | ███ | $62,500.00 | Relative of Defendant |
| 6/17/2020 | 3305098930 | ███ | ███ | $158,000.00 | IP Address |
| 3/31/2020 | 3300826550 | ███ | ███ | $154,000 | Witness Statement (Carina Hwang and Jay Lee admitted to ███ and Abraham Park's business associations and ███ admitted to his association with ███ |
| 8/3/2020 | 3312559881 | ███ | ███ | $76,000.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ███ and Abraham Park's business associations, and ███ husband admitted to his association with ███/Defendant does not contest knowledge of or deliberate ignorance to application |
| 4/2/2020 | 3600525638 | ███ | ███ | $10,000.00 | Same Address/Relative of Defendant/Defendant does not contest knowledge of or deliberate ignorance to application |
| 3/30/2020 | 3600063156 | ███ | ███ | $134,500.00 | Relative of Defendant/Witness Statement (Ki Hwan Kim referred to ███ as an employee/worker, Jay Lee stated ███ guieded him through application process)/Defendant does not contest knowledge of or deliberate ignorance to application |
| 7/28/2020 | 3312072148 | CARINA HWANG | STAGE SEVEN LLC | $49,900.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 4/1/2020 | 3600419555 | KI HWAN KIM | TEMPRANO LLC | $3,000.00 | Witness Statement |
| 3/31/2020 | 3600220914 | ABRAHAM PARK | THE STAR KOREAN CHURCH | $60,000.00 | Defendant/Referenced in Plea Agreement |
| 8/17/2020 | 3313703712 | ███ | ███ | $93,100.00 | Relative of Defendant/Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 7/24/2020 | 3311799013 | ███ | ███ | $72,300.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 8/19/2020 | 3313789471 | ███ | ███ | $86,700.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ███ and Abraham Park's business associations)/Defendant does not contest knowledge of or deliberate ignorance to application |
| 8/20/2020 | 3313848148 | ███ | ███ | $94,900.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ███ and Abraham Park's business associations, and ███ admitted to his association with ███/Defendant does not contest knowledge of or deliberate ignorance to application |
| 4/2/2020 | 3600514532 | JAY LEE | UNITY BASE INC | $117,500.00 | Witness Statement |
| 4/2/2020 | 3600478536 | ABRAHAM PARK | US DIANET CORP | $101,500.00 | Defendant/Referenced in Plea Agreement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 6/19/2020 | 3305364432 | ███ | ███ | $144,000.00 | IP Address |
| 6/16/2020 | 3304861538 | ███ | ███ | $100.00 | IP Address |
| 7/28/2020 | 3312107436 | JAY LEE | VALUE NOW LLC | $40,900.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 4/1/2020 | 3600382348 | ███ | ███ | $59,900.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ███ and Abraham Park's business associations) |
| 6/23/2020 | 3306046976 | ███ | ███ | $160,000.00 | IP Address |
| 8/10/2020 | 3313227036 | JAY LEE | WONDER BASE INC | $97,700.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 3/31/2020 | 3600222066 | ███ | ███ | $4,000.00 | Relative of Defendant/Defendant does not contest knowledge of or deliberate ignorance to application |
| 4/2/2020 | 3600495143 | ABRAHAM PARK | Y&K ONEBEST LLC | $18,300.00 | Defendant/Referenced in Plea Agreement/Defendant does not contest knowledge of or deliberate ignorance to application |
| 7/20/2020 | 3311424637 | KI HWAN KIM | YUPICAL INC | $66,600.00 | Witness Statement/Defendant does not contest knowledge of or deliberate ignorance to application |
| | | | TOTAL | $6,993,700.00 | |

# EXHIBIT B

**EXHIBIT B – UNFUNDED EIDL APPLICATIONS CONNECTED TO PARK**

| Application Date | Applicant | Business Name | Maximum Eligible Loan Amount Based on Application | Connection to PARK |
|---|---|---|---|---|
| 9/28/2020 | | | $150,000.00 | Same Address/Relative of Defendant |
| 8/20/2020 | | | $98,035.00 | Witness Statement |
| 7/25/2020 | | [BEST UNITED LLC] | $56,970.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ▮ ▮ and Abraham Park's business associations) |
| 7/27/2020 | KI HWAN KIM | BESTGLOBAL INC | $55,630.00 | Witness Statement |
| 8/4/2020 | | | $62,581.50 | Relative of Defendant/Witness Statement |
| 7/2/2020 | KI HWAN KIM | BIO TRADING CO | $99,890.00 | Witness Statement |
| 7/20/2020 | | | $50,184.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ▮ ▮ and Abraham Park's business associations) |
| 12/4/2020 | | | $150,000.00 | Same Address |
| 9/1/2020 | | | $88,641.00 | Witness Statement |
| 8/8/2020 | | | $105,195.00 | Witness Statement |
| 6/30/2020 | KI YOUNG LEE | DINO'S CHICKEN & BURGERS | $100,653.00 | Co-defendant |
| 6/24/2020 | | | $81,000.00 | IP Address |
| 9/16/2020 | KI YOUNG LEE | DUMATION INC | $128,050.00 | Co-Defendant |
| 9/11/2020 | | | $75,424.00 | Relative of Defendant/Witness Statement |
| 6/26/2020 | | | $116,000.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ▮ ▮ and Abraham Park's business associations, and ▮ husband admitted to his association with ▮) |
| 7/14/2020 | | | $14,075.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ▮ ▮ and Abraham Park's business associations, and ▮ husband admitted to his association with ▮) |
| 8/20/2020 | | | $84,840.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ▮ ▮ and Abraham Park's business associations, and ▮ husband admitted to his association with ▮) |
| 6/26/2020 | ABRAHAM PARK | GLOVISION FINANCE CORP | $0.00 | Defendant/Referenced in Plea Agreement |
| 6/27/2020 | ABRAHAM PARK | GLOVISION FINANCIAL CORP | $150,000.00 | Defendant/Referenced in Plea Agreement |
| 8/7/2020 | KI HWAN KIM | HARVEST CULTURE MISSION | $75,365.00 | Witness Statement |
| 9/16/2020 | ABRAHAM PARK | INFORDIA INC | $109,750.00 | Defendant/Referenced in Plea Agreement |
| 9/29/2020 | | | $150,000.00 | Same Address/Relative of Defendant |
| 6/26/2020 | KI HWAN KIM | KH BIO TRADING INC | $150,000.00 | Witness Statement |
| 12/8/2020 | KI YOUNG LEE | KILEE WHOLESALE CO | $150,000.00 | Co-defendant |
| 3/17/2021 | | | $150,000.00 | Same Address/Relative of Defendant |
| 7/14/2020 | | | $17,400.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ▮ ▮ and Abraham Park's business associations, and ▮ admitted to his association with ▮) |
| 8/19/2020 | | | $77,800.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ▮ ▮ and Abraham Park's business associations) |
| 8/19/2020 | | | $94,500.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ▮ ▮ and Abraham Park's business associations) |
| 7/23/2020 | CARINA HWANG | MAX GATE, INC | $64,700.00 | Witness Statement |
| 6/15/2020 | KIYOUNG LEE | METHUSELAH INC | $150,000.00 | IP Address/Co-Defendant |
| 6/17/2020 | | | $150,000.00 | IP Address |
| 6/16/2020 | | | $133,400.00 | IP Address |
| 7/2/2020 | | | $100,998.50 | Same Address/Relative of Defendant |
| 6/16/2020 | | | $150,000.00 | IP Address |
| 7/20/2020 | | | $101,000.00 | Same Address/Relative of Defendant |
| 8/31/2020 | | | $50,215.50 | Witness Statement |
| 12/8/2020 | KI YOUNG LEE | PROYOUNG TRADING CO | $150,000.00 | Co-defendant |
| 7/2/2020 | | | $53,480.00 | Same Address/Relative of Defendant |
| 8/4/2020 | JAY LEE | SMART CHAPTER INC | $57,275.00 | Witness Statement |
| 6/16/2020 | | | $25,000.00 | Same Address/Relative of Defendant |
| 6/23/2020 | | | $89,500.00 | IP Address |
| 6/17/2020 | | | $150,000.00 | IP Address/Relative of Defendant |

| Application Date | Applicant | Business Name | Maximum Eligible Loan Amount Based on Application | Connection to PARK |
|---|---|---|---|---|
| 8/20/2020 | ▮▮ | ▮▮ | $93,220.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ▮▮ and Abraham Park's business associations, and ▮ husband admitted to his association with ▮) |
| 6/26/2020 | KI HWAN KIM | TEMPRANO LLC | $119,100.00 | Witness Statement |
| 4/15/2020 | ▮ | ▮ | $12,439.50 | Witness Statement |
| 7/1/2020 | ▮ | ▮ | $129,050.00 | Same Address/Relative Defendant |
| 8/20/2020 | ▮ | ▮ | $108,950.00 | Witness Statement (Carina Hwang and Jay Lee admitted to ▮▮ and Abraham Park's business associations, and ▮ admitted to his association with ▮) |
| 6/15/2020 | ▮ | ▮ | $0.00 | IP Address |
| 7/29/2020 | KI YOUNG LEE | VISIONIA INC | $93,365.00 | Co-defendant |
| 7/27/2020 | ▮ | ▮ | $99,641.00 | Relative of Defendant |
| 6/16/2020 | ▮ | ▮ | $150,000.00 | IP Address |
| 6/23/2020 | ▮ | ▮ | $129,400.00 | IP Address |
| 7/31/2020 | ▮ | ▮ | $113,750.00 | Relative of Defendant |
| 6/16/2020 | ▮ | ▮ | $150,000.00 | IP Address/Relative of Defendant |
| 11/3/2020 | ▮ | ▮ | $58,500.00 | Relative of Defendant |
| 12/4/2020 | ▮ | ▮ | $144,978.00 | Witness Statement |

TOTAL $5,469,946.00

# EXHIBIT C

| From: | Michael Schachter |
|---|---|
| To: | Burkart, Brandon (CRM); Jaco, Andrew J., (CRM) |
| Subject: | [EXTERNAL] U.S. v. Park |
| Date: | Tuesday, July 22, 2025 2:15:50 PM |

Brandon and Andrew,

On January 21, 2025, in the course of plea agreement discussions, I wrote an email to you stating that Mr. Park agreed that, as to the below listed loans, he had either (1) deliberate ignorance as to possible fraud or (2) actual knowledge of fraud, meaning that the defense conceded Mr. Park would agree he was responsible for the losses as to those loans.

| Application Date | Loan Number | Applicant | Business Name | Amount According to Government |
|---|---|---|---|---|
| 3/30/2020 | 6790287401 | ▉ | ▉ | $ 120,000.00 |
| 3/30/2020 | 2211667809 | ▉ | ▉ | $ 134,500.00 |
| 3/31/2020 | Disbursement Only | ▉ | ▉ | $ 4,000.00 |
| 4/2/2020 | 5309337806 | ABRAHAM PARK | US DIANET CORP | $ 101,500.00 |
| 4/2/2020 | 5361657805 | ABRAHAM PARK | Y&K ONEBEST LLC | $ 18,300.00 |
| 4/2/2020 | 1042467910 | ABRAHAM PARK | NEW SPIRIT MOVEMENT | $ 6,000.00 |
| 4/2/2020 | 3749517806 | ▉ | ▉ | $ 10,000.00 |
| 4/7/2020 | 4116617904 | KI LEE | AMELEE TRADING INC | $ 124,900.00 |
| 4/10/2020 | 5543717909 | ▉ | ▉ | $ 150,000.00 |
| 6/16/2020 | 8934737905 | ▉ | ▉ | $ 85,000.00 |
| 6/16/2020 | 8948757901 | ▉ | ▉ | $ 115,600.00 |
| 6/18/2020 | 2660058010 | ▉ | ▉ | $ 160,000.00 |
| 6/18/2020 | 7472188009 | ▉ | ▉ | $ 96,000.00 |
| 6/22/2020 | 3582018007 | ▉ | ▉ | $ 160,000.00 |
| 6/23/2020 | 4222318004 | KI HWAN KIM | POLISTAR INC | $ 96,000.00 |
| 6/23/2020 | 4278718005 | CARINA S HWANG | CORNER STAGE INC | $ 122,000.00 |
| 6/25/2020 | 1804508107 | ▉ | ▉ | $ 119,000.00 |
| 6/30/2020 | 3821648104 | JAY LEE | RED JAY INC | $ 115,000.00 |
| 6/30/2020 | 4068758106 | CARINA HWANG | PLAZA SPACE INC | $ 59,600.00 |
| 7/13/2020 | 1652898206 | CARINA HWANG | CONCEPT MORE INC | $ 53,500.00 |
| 7/20/2020 | 3838078204 | KI HWAN KIM | YUPICAL INC | $ 66,600.00 |
| 7/20/2020 | 6223328204 | CARINA HWANG | MONO CONTROL INC | $ 96,900.00 |
| 7/24/2020 | 8850498109 | ▉ | ▉ | $ 72,300.00 |
| 7/28/2020 | 9941448105 | CARINA HWANG | STAGE SEVEN LLC | $ 49,900.00 |
| 7/28/2020 | 5121828206 | JAY LEE | VALUE NOW LLC | $ 40,900.00 |
| 8/3/2020 | 3274808202 | ▉ | ▉ | $ 76,000.00 |
| 8/4/2020 | 3543358208 | ▉ | ▉ | $ 83,200.00 |
| 8/5/2020 | 4124678210 | KI HWAN KIM | NOWKIM INC | $ 72,200.00 |
| 8/10/2020 | 6168828208 | JAY LEE | WONDER BASE INC | $ 97,700.00 |
| 8/12/2020 | 7289208200 | ABRAHAM PARK | JAMUSA TRADING INC | $ 97,400.00 |
| 8/12/2020 | 7243538210 | CARINA HWANG | PLAN ALL INC | $ 35,200.00 |
| 8/12/2020 | 7559808204 | CARINA HWANG | GLOBAL NEED INC | $ 76,100.00 |
| 8/17/2020 | 7374908203 | ▉ | ▉ | $ 93,100.00 |
| 8/19/2020 | 7446128205 | ▉ | ▉ | $ 86,700.00 |
| 8/19/2020 | 7441678207 | ▉ | ▉ | $ 71,700.00 |
| 8/20/2020 | 7968438201 | ▉ | ▉ | $ 94,900.00 |
| 9/29/2020 | 8472778210 | ▉ | ▉ | $ 150,000.00 |
| | | | **TOTAL** | **$ 3,211,700.00** |

Also, in the parties' plea agreement (Dkt. No. 61), which Mr. Park signed on February 28, 2025, and which was also filed on February 28, 2025, Mr. Park agreed that the loss amount in this case was at least $3,500,000. Dkt. No. 61, ¶ 14.

The defense has no objection to the government referencing the above in its sentencing position paper.

Best,

Mike

Gessin Schachter LLP
GessinSchachter.com